# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANASTASIYA TYSH, *Plaintiff,* v. RAZOR TECHNOLOGY, LLC and ELEMEICA, INC., *Defendants.* | CIVIL ACTION NO. 25-2497 |

## ORDER

**AND NOW**, this 9th day of September 2025, upon consideration of Plaintiff's Complaint (Dkt. No. 1), Elemica's Motion to Dismiss (Dkt. No. 18), Plaintiff's Response (Dkt. No. 24), and Elemica's Reply (Dkt. No. 25), it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part as follows:

1. The motion to dismiss Count I is **DENIED**.

2. Counts II through VIII are **DISMISSED** without prejudice.

3. Plaintiff may file an amended complaint on or before October 9, 2025.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.